# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 4, 2022

## NO. 03-22-00206-CV

### In the Matter of I. N. A.

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order certifying appellant as an adult signed by the juvenile court on March 14, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order certifying appellant as an adult. Therefore, the Court affirms the juvenile court's order certifying appellant as an adult. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.